UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JORDYN MCLEMORE, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:22-cv-155 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| KAV HEALTH GROUP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

ENTRY AND ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE (DOC. NO. 22)

This matter is before the Court on the Parties Motion for Voluntary Dismissal without Prejudice ("Motion") (Doc. No. 22) pursuant to Fed. R. Civ. P. 41(a)(2).  The Motion is **GRANTED** and the matter is dismissed without prejudice.  The Clerk is directed to **TERMINATE** this matter on the docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, July 20, 2023.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE